**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

| | |
|---|---|
| ROBERTEAU DILLARDO HARRIS, III<br>JACQUELINE YVETTE HARRIS, | Case No. 08-73708-SCS<br>Chapter 7 |

Debtors.

**REPORT OF DEPOSIT OF SMALL DIVIDENDS**

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | $2.97 |
| Idearc Media<br>formerly Verizon Directories<br>5601 Executive Drive<br>Irving, TX 75038 | $1.17 |
| Eglin Federal Credit Union<br>838 Eglin Parkway NE<br>Fort Walton Beach, FL 32547-2781 | $2.81 |
| American InfoSource LP, agent for<br>FIA Card Services, NA/Bank of America<br>P.O. Box 248809<br>Oklahoma City, OK 73124-8809 | $ .35 |
| American InfoSource LP, agent for<br>FIA Card Services, NA/Bank of America<br>P.O. Box 248809<br>Oklahoma City, OK 73124-8809 | $ .13 |

| | |
|---|---|
| American InfoSource LP, agent for<br>FIA Card Services, NA/Bank of America<br>P.O. Box 248809<br>Oklahoma City, OK 73124-8809 | $ .06 |
| American InfoSource LP, agent for<br>FIA Card Services, NA/Bank of America<br>P.O. Box 248809<br>Oklahoma City, OK 73124-8809 | $1.66 |
| American InfoSource LP, agent for<br>FIA Card Services, NA/Bank of America<br>P.O. Box 248809<br>Oklahoma City, OK 73124-8809 | $ .38 |
| City of Fort Walton Beach<br>Finance Department<br>P.O. Box 4009<br>Fort Walton Beach, FL  32549 | $ .23 |
| Recovery Management Systems Corp.<br>for GE Money Bank dba Chevron Texaco<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL  33131 | $ .50 |
| **TOTAL** | **$10.26** |

Dated: July 19, 2010                    /s/ Charles L. Marcus
                                        Charles L. Marcus, Trustee
                                        VSB #7020
                                        580 East Main Street, Suite 300
                                        Chesapeake, VA  23320
                                        (757) 622-9005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on July 19, 2010 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                        /s/ Charles L. Marcus
                                        Charles L. Marcus, Trustee